Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DAVID JOSEPH GASS & HELEN LOUISE GASS

CASE NO. 13-70381-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 1663 | SS#2: xxx-xx- 7028 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

- A. Orig. Date: 11/14/2013   Orig. Time: 12:00 PM       Reset Date:       Reset Time:
- B. Meeting Results:   Adjourned
- C. Debtor(s):   Debtor 1 Appeared       Debtor 2 Appeared
- D. Attorney for Debtor(s):   Appeared
- E. Creditor Appearance:   none
- F. Amount Paid to the Trustee as of   11/14/2013   $827.97       First Payment Due Date:   11/15/2013
- G. File Trustee's Motion to Dismiss because
- H. B22C Information:   B22C Form is:   Complete
    - Budgeted Income:   $5,596.09       Expense:   $4,676.09       Surplus:   $920.00
    - Plan Payment:   $920.00   Monthly       Plan Term(Months):   60
- I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00
    - Objection to Exemption of:   100% FMV on Schedule C instead of $ amount
    - Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:
    - Object to Invoke Stay Pleading
    - Case Converted from Chapter 7, Bar Date Set:   2/12/2014   Date Converted from Chapter 7:
- J. Required Information:   2012 tax return, DSO affidavit
- K. Business Information:
- L. Object to Confirmation:   Yes

    Feasibility due to IRS claim-need base increase of $15,388 for a total base of $70,588-can wait for TRCC since IRS claim has unassessed liability
    Excessive expenses in Schedule J: $597 utilities-in 2 households-no objection
    $241 cable-2 households, no objection
    $250 phone-2 households-no objection
    $100 health insurance-vision & dental policy-no objection
    $417 medical-Do spend that much-no objection
    $480 apartment-Are they living separately? Yes-no objection
    Tax affidavit has both boxes checked, IRS claim has unassessed for 2009-12-Have all returns been filed? Not yet

- M. Financial Management Class:   Debtor 1 Appeared       Debtor 2 Appeared
- N. Eligibility:
    - Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2
    - Credit Counseling Provider Approved:       Yes
    - Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):       No
- O. Domestic Support Obligation:   $0.00   Current:       Arrears:   $0.00
    - Affidavit and Disclosure of Domestic Support Obligations Received:   Yes
- P. Remarks:   1st pmt $920 due 15th, has it been sent? Sending today
    Ww de1
    confirmation hearing 12/18/13
    Owe Ferguson $200-will add
    Owe Atty in NY $500-will add

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

Dated:    11/14/2013                                                                /s/ Walter O'Cheskey
                                                                                    Standing Bankruptcy Trustee
                                                                                    By:    Angela Gonzales

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 13-70381 | | | |
| **Debtor:** | | GASS | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Angela | | | |
| **Calculation Date:** | | | | | 11/14/2013 10:52 |
| | | | | | |
| **Domestic Support** Input name from Plan | **Arrears** Enter amount from Plan | **Int. Rate** Enter from Plan | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | | | | |
| **Secured Creditor/Collateral** Input name from Plan | **Value/Claim Amount** Enter amount from Plan | **Int. Rate** Enter from Plan | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| CITIFINANCIAL | $6,000.00 | 8.00% | 60 | $121.66 | $7,299.50 |
| IOWA PARK ISD | $11,871.99 | 12.00% | 60 | $264.09 | $15,845.15 |
| WICHITA COUNTY | $2,960.38 | 12.00% | 60 | $65.85 | $3,951.12 |
| SANTANDER | $11,374.00 | 5.00% | 60 | $214.64 | $12,878.48 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | | | | |
| **Priority Creditor** Input name from Plan | **Value/Claim Amount** Enter amount from Plan | | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| IRS | $20,275.75 | | 60 | $337.93 | $20,275.75 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | | | | | |
| **Attorney Fees** Paid Through the Plan | $3,196.00 | | | | $3,196.00 |
| **Noticing Fees** | $92.16 | | | | $92.16 |
| **Clerk Filing Fees** | | | | | $0.00 |
| | | | | | |
| **Hardacre Minimum** | $0.00 | <-------------- | | | |
| Chapter 7 Minimum (Gross) | | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,196.00 | | Greater Of --------> | | $0.00 |
| Less Noticing Fees | $92.16 | | | | |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $20,275.75 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | | | |
| | | | | | |
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | | | | | $17,857.00 |
| | | | | | |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | | | | | $70,587.73 |
| **Debtor Plan Base (Monthly Payment X Term)** | | | | | $55,200.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | | | | | -$15,387.73 |

**Comments:**

| | |
|---|---|
| **Case Number:** | 0 |
| **Debtor:** | 0 |
| **Attorney:** | 0 |
| **Presiding Officer:** | 0 |
| **Calculation Date:** | **11/14/2013 10:52** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007