Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE:<br>David Joseph Gass<br>AND<br>Helen Louise Gass<br>DEBTORS | §<br>§ CASE NO. 13-70381-HDH-13<br>§<br>§<br>§<br>§ |

## MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

The Petitioner herein would respectfully show unto the Court:

NOW COMES David Joseph Gass and Helen Louise Gass , DEBTORS, and request an Order Vacating the Dismissal Order and Reinstating the above referenced Chapter 13 case effective on the dismissal date, and would show the Court the following:

1. Debtors filed their voluntary Chapter 13 bankruptcy petition on October 16, 2013.
2. The Trustee filed a Motion to Dismiss for the Debtors' default in payments.  Debtor failed to timely pay the first payment due on the plan.
3. An Order Dismissing the Case was entered with this Court on December 12, 2013, for failure to make required plan payments.
4. The Trustee received the Debtors' first plan payment on December 13, 2013.
5. Debtors are prepared to make all payments required to be current under the most recent proposed preliminary Chapter 13 plan upon entry of an Order Vacating the Dismissal Order and Reinstating Chapter 13 Case.

**WHEREFORE, PREMISES CONSIDERED** Debtors, David Joseph Gass and Helen Louise Gass, pray that this Court vacates the dismissal order and reinstates this case effective December 12, 2013.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor(s)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on December 13, 2013, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

☑ does not oppose the motion

☐ opposes the continuation and requests hearing on the matter.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing          1100 Commerce Street                    AT & T Mobility
0539-7                                   Room 1254                               2321 N University
Case 13-70381-hdh13                      Dallas, TX 75242-1305                   Lubbock, TX 79415-1717
Northern District of Texas
Wichita Falls
Mon Dec 16 10:57:19 CST 2013

AT&T Mobility II LLC                     Aes/frm Crdt                            Afni
% AT&T Services, Inc                     6805 Vista Dr # I                       Attention: Bankruptcy
Karen Cavagnaro, Paralegal               West Des Moines, IA 50266-9307          1310 Martin Luther King Dr
One AT&T Way, Room 3A104                                                         Bloomington, IL 61701-1465
Bedminster, NJ 07921-2693


Capital One Bank                         Citifinancial                           City of WF, WFISD, Wichita Co
PO Box 85167                             6801 Colwell Blvd MS                    CO Harold Lerew
Richmond, VA 23285-5167                  NPSB-1200                               P.O. Box 8188
                                         Irving, TX 75039-3198                   Wichita Falls, Texas 76307-8188


Color Tyme                               Commonwealth Financial Systems. Inc     Enhanced Recovery Corp
5120 Greenriar Rd, #120                  Attn: Bankruptcy                        Attention: Client Services
Wichita Falls, TX 76302-5169             245 Main St                             8014 Bayberry Rd
                                         Dickson City, PA 18519-1641             Jacksonville, FL 32256-7412


Erin Capital management                  Executive Services                      IOWA PARK ISD & CITY
35 East 21st Street                      PO Box 2248                             C/O PERDUE BRANDON FIELDER COLLINS & MOT
New York, NY 10010-6264                  Wichita Falls, TX 76307-2248            PO BOX 8188
                                                                                 WICHITA FALLS TX 76307-8188


(p)INTERNAL REVENUE SERVICE              JC Penney                               Jefferson Capital Systems LLC
CENTRALIZED INSOLVENCY OPERATIONS        CO GE Capital                           PO BOX 7999
PO BOX 7346                              PO Box 103104                           SAINT CLOUD MN 56302-7999
PHILADELPHIA PA 19101-7346               Roswell, GA 30076-9104


Jon Malone                               Onemain Financial                       Peter Pratt, Jr.
Court Appointed Receiver                 4214 Kell West Blvd, Ste 107            1800 Bering Drive, Suite 315
1800 Bering, Suite 315                   Wichita Falls, TX 76309                 Houston, TX 77057-3170
Houston, TX 77057-3170


Plain Green Loans                        Santander Consumer USA                  Sears Citibank
93 Mack Rd Suite 600                     Attention Bankruptcy Dept               PO Box 6282
PO Box 255                               PO Box 560284                           Sioux Falls, SD 57117-6282
Box Elder, MT 59521-0255                 Dallas, TX 75356-0284


Union Square Federal Credit Union        United States Trustee                   WICHITA COUNTY
1401 Holliday                            1100 Commerce Street                    C/O PERDUE BRANDON FIELDER COLLINS & MOT
Wichita Falls, Texas 76301-7191          Room 976                                PO BOX 8188
                                         Dallas, TX 75242-0996                   WICHITA FALLS TX 76307-8188


West Law Group, PLLC                     David Joseph Gass                       Helen Louise Gass
10223 Broadway, Suite P553               900 Dosia                               900 Dosia
Pearland, TX 77584-7880                  Iowa Park, TX 76367-1129                Iowa Park, TX 76367-1129
```


```
Monte J. White                          Walter 12,13 Ocheskey
Monte J. White & Associates, P.C.       6308 Iola Avenue
1106 Brook Avenue                       Lubbock, TX 79424-2735
Hamilton Place
Wichita Falls, TX 76301-5009
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Sears Citibank                       End of Label Matrix
PO Box 6282                             Mailable recipients   31
Sioux Falls, SD 57117-6282              Bypassed recipients    1
                                        Total                 32
```